UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROGER KNUTSON,               )<br>          Plaintiff,          )<br>                              )<br>     vs.                     )<br>                              )<br> UGS, SDRC (STRUCTURAL DYNAMICS )<br> RESEARCH CORPORATION),       )<br>          Defendants.         ) | 1:05-cv-1319-SEB-TAB |

Pursuant to the Court's entry of this date, final judgment is entered in favor of Defendants and against Plaintiff. Each party shall bear its own costs. IT IS SO ORDERED.

Date:    07/19/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Spencer Patrick Goodson
BARNES & THORNBURG LLP
sgoodson@btlaw.com

Donald E. Knebel
BARNES & THORNBURG LLP
donald.knebel@btlaw.com

Dwight D. Lueck
BARNES & THORNBURG
dwight.lueck@btlaw.com

Gregory A. Stowers
STOWERS & WEDDLE PC
gstowers@swh-law.com